FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
AUG 05 2026
ST
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:26-00175 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| JEREMY MIMMS | ) | 21 U.S.C. § 841(b)(1)(B) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about June 16, 2026, in the Middle District of Tennessee, the defendant, **JEREMY MIMMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Colt's Manufacturing Co. model Detective Special caliber .32 Colt New Police revolver; a Browning Arms Company model Buck Mark Camper URX caliber .22 caliber Long Rifle pistol; and an SCCY Industries model CPX-2, 9mm caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2026, in the Middle District of Tennessee, the defendant, **JEREMY MIMMS**, knowingly distributed and possessed with the intent to distribute five grams or more of methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about June 22, 2026, in the Middle District of Tennessee, the defendant, **JEREMY MIMMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a AGAOGLU, INC. CO. (AHSS), Model: FXS-9, Caliber: 9x19mm, pistol; and a DEL-TON Inc. model DTI-15, caliber 5.56mm rifle.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about June 23, 2026, in the Middle District of Tennessee, the defendant, **JEREMY MIMMS**, knowingly distributed and possessed with the intent to distribute 50 grams or more of methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about June 29, 2026, in the Middle District of Tennessee, the defendant, **JEREMY MIMMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith and Wesson model SD40 VE caliber .40 S&W pistol; and an HS Produkt model Hellcat caliber 9x19 pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about July 6, 2026, in the Middle District of Tennessee, the defendant, **JEREMY MIMMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Balikli Arms model Chronicle 1911 caliber .45 pistol; a Citadel (by Armscor) model M1911-A1 CS caliber .45 pistol; and a Kahr Arms model CW 45 caliber .45 pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about July 13, 2026, in the Middle District of Tennessee, the defendant, **JEREMY MIMMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Sturm, Ruger, and Co., Inc. model LCP caliber .380 Auto pistol; a HS Produkt model XD-S caliber 9x19 pistol; a Sturm, Ruger, and Co., Inc. model LCP caliber .380 Auto pistol; a CANIK model METE SFT caliber 9x19 pistol; and a Jianshe Arsenal (State Arsenal 26) model Type 56 caliber 7.62x39 rifle.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about July 20, 2026, in the Middle District of Tennessee, the defendant, **JEREMY MIMMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a

Glock GmbH model 19 Gen 5 caliber 9x19 pistol; and a Smith and Wesson model M&P15-22P caliber .22 Long Rifle.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

[redacted]

FOREPERSON

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

DINA A. SHABAYEK
ASSISTANT UNITED STATES ATTORNEY