CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ☒
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: Davidson
AUSA's NAME. Shabayek

Reviewed by AUSA: DAS
(Initials)

JEREMY MIMMS
Defendant's Full Name

Defendant's Address

Defendant's Attorney

Interpreter Needed? ☐ Yes ☒ No

If Yes, what language? ______

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1, 3, 5, 6, 7, 8 | 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm | 15 years* | $250,000 |
| 2 | 21 U S.C.841(a)(1) and (b)(1)(B) | Distribution and Possession with Intent to Distribute 5 grams or more of Methamphetamine | 5-40 years | $5,000,000 |
| 4 | 21 U.S C 841(a)(1) and (b)(1)(A) | Distribution and Possession with Intent to Distribute 50 grams or more of Methamphetamine | 10 years - life | $10,000,000 |

***If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.**

Is the defendant currently in custody? Yes ☐ No ☒ If yes, State or Federal? Writ requested ☐

Has a complaint been filed? Yes ☐ No ☒
If Yes. Name of the Magistrate Judge ______ Case No ______
Was the defendant arrested on the complaint? Yes ☐ No ☐

Has a search warrant been issued? Yes ☐ No ☒
If Yes: Name of the Magistrate Judge ______ Case No ______

Was bond set by Magistrate/District Judge? Yes ☐ No ☒ Amount of bond. ______

Is this a Rule 20? Yes ☐ No ☒ To/from what district? ______
Is this a Rule 40? Yes ☐ No ☒ To/from what district? ______

Estimated trial time 2 days

The Clerk will issue a Summons/**Warrant** (circle one) (Note If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☐ No ☒ Recommended conditions of release. ______